### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

MARK GARDNER and ROCHELLE                                        PLAINTIFFS
GARDNER, Individually and as Next Friends
and Parents of J.G.G., a Minor

v.                                      No. 4:13CV00552 JLH

CONTINENTAL CASUALTY COMPANY;
ARKANSAS CHILDREN'S HOSPITAL;
GRESHAM RICHTER, M.D.;
AARON METRAILER, M.D.; JOHN DOE I;
JOHN DOE 2; and JOHN DOE 3                                       DEFENDANTS

### ORDER

Aaron Metrailer, M.D., has filed a motion for summary judgment. The plaintiffs have filed

a response stating that they do not oppose the motion. Therefore, without objection, Aaron

Metrailer, M.D.'s motion for summary judgment is GRANTED. Document #74. The claims of the

plaintiffs against Aaron Metrailer, M.D., are dismissed with prejudice.

IT IS SO ORDERED this 2nd day of February, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE