IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK GARDNER; and  PLAINTIFFS
ROCHELLE GARDNER

v.  NO. 4:13CV00552 JLH

CONTINENTAL CASUALTY COMPANY;
and GRESHAM RICHTER  DEFENDANTS

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 3rd day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE